# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JAMES J. CANALE, et al.,** )<br>)<br>**Plaintiffs** )<br>)<br>vs. )<br>)<br>**REGIONS BANK, et al.,** )<br>)<br>**Defendants** ) | **Case No.  2:09-CV-1064-UNAS-HGD** |

## O R D E R

On July 30, 2009, the magistrate judge's report and recommendation was entered and the parties were allowed therein ten (10) days in which to file objections to the recommendations made by the magistrate judge.  On August 13, 2009, defendants filed objections to the magistrate judge's report and recommendation.  Plaintiffs filed a response to the objections on August 14, 2009.

After careful consideration of the record in this case, the magistrate judge's report and recommendation, the objections thereto and the response to the objections, the court hereby **ADOPTS** the report of the magistrate judge.  The court further **ACCEPTS** the recommendations of the magistrate judge and it is, therefore,

**ORDERED**, **ADJUDGED** and **DECREED** that plaintiffs' motion to remand is due to be and hereby is **GRANTED** and this action is **REMANDED** to the Circuit Court of Jefferson County, Birmingham Division.

**DONE** this the 24th day of August, 2009.

*/s/ Virginia Emerson Hopkins*
**VIRGINIA EMERSON HOPKINS**
United States District Judge